| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> **v.** <br><br> **Demecio PEREZ** <br> YOB: 1995; United States Citizen <br><br> **Manuel Guillermo VALENZUELA** <br> YOB: 1998; United States Citizen | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. <br><br><br> **26-00657MJ** |

Complaint for violation of Title 21, United States Code, Section 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about May 14, 2026, at or near Tucson, in the District of Arizona, **Demecio PEREZ** and **Manuel Guillermo VALENZUELA** did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi). All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 14, 2026, at approximately 1:05 P.M., law enforcement observed two males arrive in the area of the NAPA Auto Parts located at 1680 W Valencia Road in Tucson, Arizona. The two males were later identified through arrest as Demecio PEREZ and Manuel Guillermo VALENZUELA. PEREZ and VALENZUELA arrived in a red, 2014, Nissan Versa bearing Arizona plate CYA90R. VALENZUELA was the driver and PEREZ was the passenger. VALENZUELA parked, and law enforcement observed VALENZUELA and PEREZ meet with other individuals, one of whom was an undercover officer. The undercover officer confirmed the presence of suspected fentanyl powder in the Nissan Versa and informed law enforcement of the presence of drugs.

Law enforcement officers approached VALENZUELA and PEREZ while wearing clearly visible police markings and activating their red and blue emergency lights and sirens. Both VALENZUELA and PEREZ fled on foot from law enforcement but were shortly after taken into custody by law enforcement.

Statement is continued on the next page.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| REQUEST DETENTION <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT <br><br> CHRISTOPHER CERNOSEK <br> Digitally signed by CHRISTOPHER CERNOSEK <br> Date: 2026.05.15 10:25:52 -07'00' |
|---|---|
| | OFFICIAL TITLE <br> Special Agent <br> Drug Enforcement Administration |
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] <br> *Jacqueline M. Rateau* | DATE <br> May 15, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewed by AUSA Culver  *Ashley Culver*  Digitally signed by ASHLEY CULVER Date: 2026.05.15 09:37:09 -07'00'

Law enforcement searched the Nissan Versa and located a tote bag containing two plastic wrapped packages containing suspected fentanyl powder on the front passenger seat of the Nissan Versa. Law enforcement later took a sample of the fentanyl powder and conducted a field test which indicated a positive result for the presence of fentanyl. The gross total weight of the packages (displayed in the photo below) was approximately 2315.4 grams.

